UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY A. LAWRENCE-HURCULES,<br><br>      Plaintiff,<br><br>  -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | **ORDER**<br>23-cv-8660 (LDH) |

LASHANN DEARCY HALL, United States District Judge:

The parties are directed to adhere to the following procedure, which the Eastern District of New York Board of Judges has adopted for expediting the disposition of Social Security cases:

1. Plaintiff is granted leave to proceed in forma pauperis. The Clerk of the Court is directed to forward copies of Plaintiff's Complaint and this order to the United States Marshal's office for the Eastern District of New York for service on Defendant without prepayments of fees.

2. Defendant shall proceed promptly to obtain the administrative record of the proceedings below and shall file the record or otherwise move against the complaint by the date set forth below, unless an extension is granted by order of the Court for good cause. If Defendant is unable to file the record by that date, then the Court should be notified in writing by that date. Such notification should include a request for an extension, which specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

3. Defendant shall file the administrative record, which will constitute Defendant's answer, or otherwise move against the complaint no later than March 13, 2024.

4. Courtesy copies of all motion papers must be provided to Chambers at the time they are filed.

5. Plaintiff shall file a motion for judgment on the pleadings no later than May 13, 2024; Defendant shall file a response to Plaintiff's motion, which must contain a full recitation of the relevant facts and underlying administrative proceedings, no later than July 12, 2024; and Plaintiff shall file a reply, if any, no later than August 2, 2024.

6. Memoranda in support of, or in opposition to, any motion filed in this matter, shall in all other respects comply with applicable Local Rules for this district and this Court's Individual Practices and Rules, including, but not limited to, page limitations.

7. Briefing Requirements:

   a. With regard to the description of medical records, the parties are directed to refrain from referring to or citing any portion of the record unless that reference or citation (1) provides material support for the party's position; or (2) is necessary to distinguish or explain as not adequately supporting a result contrary to the party's position. In other words, the Court does not want a rote recitation of every piece of medical evidence, but only such evidence as needs to be considered in connection with the Court's review.

   b. To the extent a party's memorandum of law uses medical terminology not in common usage among laypersons, the memorandum shall explain the term, with a citation to a medical reference source supporting the definition. If the use of the term relates to the results of a medical test, the memorandum shall explain how those results bear on the finding of non-disability.

   c. Failure to adhere to these briefing requirements may result in the striking of a party's memorandum of law.

SO ORDERED.

Dated: Brooklyn, New York
     December 14, 2023

/s/ LDH
LASHANN DEARCY HALL
United States District Judge